O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ESPINOZA,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>DEBRA DEXTER, Warden,<br><br>　　　　Respondent. | Case No.  CV 08-8632-AHM (DTB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein.  The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

　　　IT THEREFORE IS ORDERED that respondent's Motion to Dismiss is granted, Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: March 8, 2010

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ A. Howard Matz*
　　　　　　　　　　　　　　　　　　　　　　　　A. HOWARD MATZ
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE