JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JORGE ESPINOZA, | ) | Case No.  CV 08-8632-AHM (DTB) |
| Petitioner, | ) | |
| vs. | ) | **J U D G M E N T** |
| DEBRA DEXTER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that respondent's Motion to Dismiss in granted, the Petition is denied and this action is dismissed with prejudice.

DATED: March 8, 2010

*(signature)*

**JS-6**

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE